# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF: NICHOLAS
SARNELLI, PROTECTED PERSON.

ANTHONY BARONE, JR.,
Appellant.

No. 85246

FILED

SEP ⬚ ⬚ 2022

CLERK ⬚ ⬚ ⬚ WN
CLERK ⬚ ⬚ ⬚ ⬚ ⬚
BY ⬚ ⬚ ⬚
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on August 30, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Linda Marquis, District Judge, Family Court Division
Anthony Barone, Jr.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

22-31006